JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ARTI ZADOURIYAN,<br><br>                Petitioner,<br><br>     v.<br><br>FERETI SEMAIA, et al.,<br><br>                Respondents. | Case No. EDCV 26-2322-AS<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order,

**IT IS ADJUDGED** that the Petition is DENIED.

DATED: May 29, 2026

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE